UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE CO.,<br>an Ohio corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>THE MILLER GROUP, INC., JOHN<br>G. MILLER, and CENTURY<br>CONSULTANTS, LTD.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  05-3147<br>)<br>)<br>)<br>)<br>)<br>) |

## OPINION

RICHARD MILLS, U.S. District Judge:

On July 1, 2005, the Court consolidated this case with <u>Century Consultants, Ltd. v. The Miller Group</u>, *et al.*, 03-3105. Following the consolidation, further entries were to be submitted under case 03-3105.

On October 19, 2005, Defendant Springfield Public School District 186 filed its Motion to Strike Declaration of Paul G. Lewis and supporting memorandum under case number 05-3147. <u>See</u> d/e 3 and 4, respectively. Pursuant to the July 1, 2005, docket entry, the motion

1

should have been filed under case number 03-3105.

<u>Ergo</u>, the Court orders docket entries 3 and 4 to be stricken and gives District 186 leave to file its Motion to Strike Declaration of Paul G. Lewis under case number 03-3105.

IT IS SO ORDERED.

ENTERED:  October 28, 2005

FOR THE COURT:

                                            s/Richard Mills
                                 United States District Judge